**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
AUG 27 2021
AT_____ O'CLOCK
John M. Domurad, Clerk - Albany

Thomas Carson **Plaintiff(s)**   )
)
vs.   )
)
Google hackers + cia handler **Defendant(s)**   )
)

Civil Case No.: 1:21-cv-965
TJM / TWD

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

| Plaintiff(s) demand(s) a trial by: ____ JURY   X COURT   (Select **only** one). |
|---|

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Thomas Carson
   Address: 1539 Broadway Schenectady
   New York 12306

   _____

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Google + cia handler

   Official Position: _____

   Address: _____

   _____

   _____

b.   Defendant: _____Google_____

Official Position: ___Hacker Business___

Address: _____

_____

_____

c.   Defendant: _____Cia_____

Official Position: _____Handler_____

Address: _____

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4.                                    **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

My life was attacked by Google hacker and Cia had handled to this scary start i am Hog tied to still . But happened march of 2020 my email was hacked bad by professional Gmail Hacker Then lost all my rights it stole every thing my biometrics finger print scan and retnel Then most important my Mind was Hacked into a serious victim Type of experment of mind Control and Harmful weapons.

5.                    **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

No fear eet mind experiment into a very Hateful
and racist for the first 4 months They played
with my Tongue the N world and proceded to Topics
of my life Then proceded to Use microwave weapons
on me I was crucified with this Electronic torture

### SECOND CAUSE OF ACTION

24/7 mind control torture very scary has put
me in the hospital many times without my permission
i never Signed my life over to Gmail hackers
Artifial Intelligance has ruined my life i seek
freedom and Justice for this Torture crime

### THIRD CAUSE OF ACTION

See Stan j caterBone US. Supreme Court
From the Eleventh Circuit Case No. 18-10174
Victims of US Sponsored mind control Technologies
Operated by operatives Agencies. Ensured their
Constitutional Rights

6.    **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

Freedom from Google hacker and Artialal intelligence
and also Sue Google and the Cie hendler. Pray
for man Kind against Technology

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  8/27/2021

Thomas P Carson Jr

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010