UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Thomas P Carson Jr         Plaintiff(s),

-vs-                       Civil Case No. 1:21-CV-965 TJM/TWD

Google

Cir handler               Defendant(s)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 27 2021
AT ____ O'CLOCK ____
John M. Domurad, Clerk - Albany

## MOTION FOR APPOINTMENT OF COUNSEL

1. I hereby request a court-appointed attorney to represent me in this action.

2. I have contacted the following attorneys in my effort to obtain counsel:

   I have contacted many attorneys and Got no help

NOTE: You <u>must</u> first attempt to find an attorney on your own before you file a motion for appointment of counsel with the Court. *See Terminate Control Corp. v. Horowitz*, 28 F.23d 1335 (2d Cir. 1994)

3. I have attached to this motion the correspondence that I have received from the attorneys listed above.

4. The reasons I believe I should be appointed counsel pro bono are as follows:

   Tough Case no Attorney wants to handle

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/27/2021

Thomas P Carson Jr
Signature of Plaintiff