# *UNITED STATES DISTRICT COURT*
## *NORTHERN DISTRICT OF NEW YORK*

### <u>JUDGMENT IN A CIVIL CASE</u>

**Thomas Carson, Jr.**

       Plaintiff

   vs.                    **CASE NUMBER: 1:21-cv-965 (TJM/TWD)**

**Google Hackers and CIA Handler**

       Defendants

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED that the Complaint (Dkt. No. 1) is DISMISSED WITH LEAVE TO AMEND, and it is further ORDERED that Plaintiff is GRANTED thirty (30) days from the date of this Decision and Order in which to file an amended complaint that complies with the requirements of Federal Rules of Civil Procedure 8 and 10. If Plaintiff fails to file such an amended complaint within thirty (30) days, this case will be closed without any further action by the Court.

All of the above pursuant to the order of the Honorable Thomas J. McAvoy, dated the 21st day of January, 2022.

DATED: March 11, 2022

Clerk of Court

                      s/Kathy Rogers
                      Deputy Clerk